IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LOS ANGELES DODGERS LLC, et al.,[1] | ) Case No. 11-12010 (KG) |
| | ) |
| Debtors. | ) Joint Administration Requested |
| | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 28, 2011 AT 1:30 P.M. (ET)**

## PETITIONS

1. Voluntary Chapter 11 Petition Packages:

   A. Los Angeles Dodgers LLC, Case No. 11-12010
   B. Los Angeles Dodgers Holding Company LLC, Case No. 11-12011
   C. LA Holdco LLC, Case No. 11-12012
   D. LA Real Estate Holding Company LLC, Case No. 11-12013
   E. LA Real Estate LLC, Case No. 11-12014

## DECLARATION IN SUPPORT OF FIRST DAY MOTIONS

2. Declaration of Jeffrey J. Ingram in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 4, filed 6/27/11]

## MATTERS GOING FORWARD

3. Debtors' Motion for an Order Directing Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 3, filed 6/27/11]

4. Los Angeles Dodgers LLC and LA Real Estate LLC's Motion Pursuant to Sections 105(a), 363(c), and 345(b) of the Bankruptcy Code for Order: (A) Authorizing Continued Use of Cash Management System and Procedures; (B) Authorizing Maintenance and Continued Use of Existing Bank Accounts and Waiver of Certain Operating Guidelines Relating to Bank Accounts and the Requirements of Section 345 of the Bankruptcy Code; (C) Authorizing the Banks to Honor Certain Prepetition Checks; and (D) Granting Related Relief [Docket No. 5, filed 6/27/11]

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number are: Los Angeles Dodgers LLC (3133); Los Angeles Dodgers Holding Company LLC (4851); LA Holdco LLC (2567); LA Real Estate Holding Company LLC (4850); and LA Real Estate LLC (3029). The location of the Debtors' corporate headquarters and the service address for the Debtors is: 1000 Elysian Park Avenue, Los Angeles, California 90012.

5. Los Angeles Dodgers LLC's Motion for Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Approving Los Angeles Dodgers LLC's Proposed Form of Adequate Assurance, (III) Establishing Procedures for Resolving Objections Thereto by Utility Companies, and (IV) Scheduling a Final Hearing Thereon [Docket No. 6, filed 6/27/11]

6. Los Angeles Dodgers LLC's Motion for Authority to (A) Continue Its Workers' Compensation, Liability, Property, and Other Insurance Programs and (B) Pay All Obligations in Respect Thereof [Docket No. 7, filed 6/27/11]

7. Los Angeles Dodgers LLC's Motion for Order Authorizing Payment of Certain Prepetition Taxes and Other Government Assessments Pursuant to Sections 105(a), 363(b), 507(a) and 541 of the Bankruptcy Code [Docket No. 8, filed 6/27/11]

8. Los Angeles Dodgers LLC's Motion for (I) Authority to Pay Prepetition (a) Wages, Compensation, Payroll Taxes, and Employee Benefits, (b) Business Expenses, and (c) Contributions to, and Under, Employee Benefit Plans, (II) Authority to Pay Prepetition Benefits Providers, and (III) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [Docket No. 9, filed 6/27/11]

9. Los Angeles Dodgers LLC's Motion for Authority to Honor Prepetition Obligations to Customers and Otherwise Continue Customer Programs in the Ordinary Course of Business [Docket No. 10, filed 6/27/11]

10. Los Angeles Dodgers LLC's Motion for Authority to Pay the Prepetition Claims of Certain Critical Vendors [Docket No. 11, filed 6/27/11]

11. Los Angeles Dodgers LLC's Motion for Authority to Perform All Obligations under Collective Bargaining Agreements [Docket No. 12, filed 6/27/11]

12. Emergency Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 362, and 364, and (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c) [Docket No. 13, filed 6/27/11]

[REMAINDER OF PAGE INTENTIONALLY BLANK]

| Dated: June 27, 2011<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Robert S. Brady*<br>Robert S. Brady (No. 2847)<br>Donald J. Bowman, Jr. (No. 4383)<br>Ryan M. Bartley (No. 4985)<br>The Brandywine Building – 17th Floor<br>1000 West Street, Post Office Box 391<br>Wilmington, Delaware 19899<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>DEWEY & LEBOEUF LLP<br>Bruce Bennett<br>Sidney P. Levinson<br>(*pro hac vice applications forthcoming*)<br>333 South Grand Avenue, Suite 2600<br>Los Angeles, California 90071<br>Telephone: (213) 621-6000<br>Facsimile: (213) 621-6100<br><br>-and-<br><br>DEWEY & LEBOEUF LLP<br>Martin J. Bienenstock<br>Philip M. Abelson<br>(*pro hac vice applications forthcoming*)<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 259-8000<br>Facsimile: (212) 259-6333<br><br>*Proposed Co-Counsel for LAD<br>and LAD in Possession* |
|---|---|