**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **LOS ANGELES DODGERS LLC** *et al.* | ) | **Bk. No. 11-12010 (KG)** |
| | ) | **Joint Administration Requested** |
| Debtors. | ) | |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Rules 2002, 9007 and 9010(b) of the Rules of

Bankruptcy Procedure, and 11 U.S.C. §1102(1) and §1109(b), the undersigned attorneys appear

for the AFTRA Health and Retirement Funds (the "AFTRA Funds"), which is a creditor and

party in interest in this proceeding, and request that all notice given or required to be given in

this action and all related actions, be given and served upon the following:

> Susan E. Kaufman, Esquire
> Cooch and Taylor, PA
> The Brandywine Building
> 1000 West Street, 10th Floor
> Wilmington, DE 19801
> (302) 984-3820
> (302) 984-3939 Fax
> skaufman@coochtaylor.com
>
> -and-
>
> Richard M. Seltzer, Esquire
> Babette Ceccotti, Esquire
> Cohen, Weiss and Simon LLP
> 330 West 42nd Street, 25th Floor
> New York, New York 10036-6976
> (212) 563-4100
> (212) 695-5436 Fax
> rseltzer@cwsny.com
> bceccotti@cwsny.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only

the notices and papers, whether formal or informal, *ex parte* or on notice, written or oral, referred

to in the Bankruptcy Rules and Code sections specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affect or seek to affect in any way any rights or interests of the Debtors.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any later appearance, pleading claim, or suit shall waive the above-named entities' right to have final orders in noncore matters entered only after *de novo* review by a District Judge; or the right to trial by jury in any proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments to which these entities are or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

Dated: June 28, 2011                                  COOCH AND TAYLOR, P.A.


                                                                 */s/ Susan E. Kaufman*
                                                                 Susan E. Kaufman (DSB # 3381)
                                                                 The Brandywine Building
                                                                 1000 West Street, 10th Floor
                                                                 Wilmington, DE 19801
                                                                 (302) 984-3820
                                                                 (302) 984-3939 Fax
                                                                 skaufman@coochtaylor.com