# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LOS ANGELES DODGERS LLC, *et al.*[1] | ) | Case No. 11-12010 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administration Requested |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Pinckney, Harris & Weidinger, LLC ("PHW") hereby enters its appearance as counsel for Pyro Spectaculars, Inc. ("Pyro") pursuant to section 342(a) of title 11 of the United States Code (the "Bankruptcy Code"), 11 U.S.C. § 101 et seq., and rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules), in the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that PHW hereby requests that all notices given or required to be given, and all papers served or required to be served, in these cases, be given to and served on:

| | |
|---|---|
| Donna L. Harris, Esquire | Gary E. Brown, Esquire |
| Kevin M. Capuzzi, Esquire | PYRO SPECTACULARS, INC. |
| PINCKNEY, HARRIS & WEIDINGER, LLC | 2196 North Locust Avenue |
| 1220 N. Market Street, Suite 950 | Rilato, California 92377 |
| Wilmington, Delaware 19801 | (909) 355-8120 (Telephone) |
| (302) 504-1497 (Telephone) | (909) 355-9813 (Facsimile) |
| (302) 655-5213 (Facsimile) | gbrown@pyrospectaculars.com |
| dharris@phw-law.com | |
| kcapuzzi@phw-law.com | |

Dated: June 30, 2011                                    PINCKNEY, HARRIS & WEIDINGER, LLC

By:       **/s/ Donna L. Harris**
Donna L. Harris (No. 3740)
Kevin Capuzzi (No. 5462)
1220 North Market Street, Suite 950
Wilmington, Delaware 19801
dharris@phw-law.com
*Counsel for Pyro*

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number are: Los Angeles Dodgers LLC (3133); Los Angeles Dodgers Holding Company LLC (4851); LA Holdco LLC (2567); LA Real Estate Holding Company LL (4850); and LA Real Estate LLC (3029). The location of the Debtors' corporate headquarters and the service address for the Debtors is: 1000 Elysian Park Avenue, Los Angeles, California 90012.