IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LOS ANGELES DODGERS LLC, *et al.*,[1] ) | Case No. 11-12010 (KG) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Hearing Date: July 20, 2011 at 10:00 a.m. (ET) |
| ) | Objection Deadline: July 13, 2011 at 4:00 p.m. (ET) |
| ) | |
| ) | Ref. Docket Nos.: 13 & 52 |

## NOTICE OF ENTRY OF INTERIM ORDER AND FINAL HEARING ON DEBTORS' EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 362, AND 364, AND (II) SCHEDULING A FINAL HEARING UNDER BANKRUPTCY RULE 4001(B) AND 4001(C)

TO: (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE;
(II) THE DEBTORS' FORTY (40) LARGEST UNSECURED CREDITORS
(III) COUNSEL TO THE OFFICE OF THE COMMISSIONER OF BASEBALL DOING BUSINESS AS MAJOR LEAGUE BASEBALL; (IV) COUNSEL TO THE DIP LENDERS; (V) COUNSEL TO THE MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION; AND (VI) ALL PARTIES THAT HAVE REQUESTED NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002, IN ACCORDANCE WITH DEL. BANKR. LR 2002-1(B).

PLEASE TAKE NOTICE that, on June 27, 2011, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the **Emergency Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 362, and 364, and (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(B) and 4001(C)** [Docket No. 13] (the "Motion"), a copy of which is attached hereto as Exhibit A. On June 28, 2011, the United States Bankruptcy Court for the District of Delaware entered an interim order (the "Interim Order")[2] [Docket No. 52], a copy of which is attached hereto as Exhibit B, granting the Motion and approving the Financing on an interim basis and subject to the terms of the Interim Order.

PLEASE TAKE FURTHER NOTICE that the Interim Order, among other things, provides for the following: (i) the Debtors' release of certain causes of action against the Releasees, who are each persons or entities related to the DIP Parties (*see* Interim Order at ¶ D(v)); (ii) the grant of liens on Avoidance Actions upon the entry of a Final Order (*see*

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number are: Los Angeles Dodgers LLC (3133); Los Angeles Dodgers Holding Company LLC (4851); LA Holdco LLC (2567); LA Real Estate Holding Company LLC (4850); and LA Real Estate LLC (3029). The location of the Debtors' corporate headquarters and the service address for the Debtors is: 1000 Elysian Park Avenue, Los Angeles, California 90012.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Order.

Interim Order at ¶ 6(b)); and (iii) a bar against asserting claims against the DIP Parties pursuant to section 506(c) of the Bankruptcy Code (*see* Interim Order at ¶ 31).

PLEASE TAKE FURTHER NOTICE that objections to the entry of a final order approving the Motion must be filed on or before **July 13, 2011, at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection upon the following parties so as to be received on or before the Objection Deadline: (a) co-counsel to the Debtors, Dewey, & LeBoeuf LLP, 333 Grand South Avenue, Suite 2600, Los Angeles, California 90071, Attn: Bruce Bennett, Esq. and Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, P.O. Box 301, Wilmington, Delaware 19801, Attn: Robert S. Brady, Esq., (b) co-counsel to the DIP Parties, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York, 10004, Attn: Gary L. Kaplan, Esq. and Richards, Layton & Finger P.A., One Rodney Square, P.O. Box 551, Wilmington, Delaware 19899, Attn: Mark Collins, Esq., and (c) counsel for the United States Trustee for the District of Delaware, 844 King Street, Room 2207, Wilmington, DE 19108, Attention: Mark Kenney.

PLEASE TAKE FURTHER NOTICE THAT A FINAL HEARING ON THE MOTION WILL BE HELD **JULY 20, 2011, AT 10:00 A.M. (ET)** BEFORE THE HONORABLE KEVIN GROSS, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: June 30, 2011<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Donald J. Bowman, Jr.*<br>Robert S. Brady (No. 2847)<br>Pauline K. Morgan (No. 3650)<br>Donald J. Bowman, Jr. (No. 4383)<br>Ryan M. Bartley (No. 4985)<br>The Brandywine Building – 17th Floor<br>1000 West Street, Post Office Box 391<br>Wilmington, Delaware 19899<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and- |

DEWEY & LEBOEUF LLP
Bruce Bennett
(*pro hac vice motion pending*)
Sidney P. Levinson
Joshua M. Mester
(*pro hac vice motion pending*)
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: (213) 621-6000
Facsimile: (213) 621-6100

-and-

DEWEY & LEBOEUF LLP
Martin J. Bienenstock
Philip M. Abelson
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

*Proposed Co-Counsel for the Debtors
and Debtors in Possession*