# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| **LOS ANGELES DODGERS LLC, *et. al.*[1]** | : | Case No. 11-12010 (KG) |
| Debtors. | : | (Joint Administration Requested) |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Joseph A. Eisenberg, hereby enters his appearance, as a party in interest in the above-captioned cases. Pursuant to Section 1109(b) of Bankruptcy Code, 11 U.S.C. § 1109(b), and Rule 9010 of the Federal Rules of Bankruptcy Procedure , the undersigned request that notices given or required to be given in the above-captioned cases (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

Joseph A. Eisenberg
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: (310) 203-8080
Telecopier: (310) 203-0567
E-mail Address: jae@jmbm.com

---

[1] The Debtors together with the last four digits of each Debtor's federal tax identification number are: Los Angeles Dodgers LLC (3133); Los Angeles Dodgers Holding Company (4851); LA Holdco LLC (2567); LA Real Estate Holding Company LLC (4850); and LA Real Estate LLC (3029). The location of the Debtors' corporate headquarters and the service address for the Debtors is: 1000 Elysian Park Avenue, Los Angeles, California 90012.

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of an application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

Dated: June 30, 2011

By: */s/ Joseph A. Eisenberg*
JOSEPH A. EISENBERG (SBN 52346)
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Telephone: (310) 203-8080
Facsimile:  (310) 203-0567
Email:  jae@jmbm.com

## CERTIFICATE OF SERVICE

I, Joseph A. Eisenberg, hereby certify that on the 30th day of June, 2011, I caused a copy of the **Notice of Appearance and Request for Service of Papers** to be served upon the parties listed on the service list attached hereto via first-class mail, postage prepaid.

<u>Attorneys for Debtor</u>
Donald J. Bowman, Jr.
Young, Conaway, Stargatt & Taylor
1000 West Street
17th Floor
Wilmington, DE 19801

<u>Attorneys for Debtor</u>
Robert S. Brady
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

U.S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

/s/ Joseph A. Eisenberg
Joseph A. Eisenberg (SBN 52346)