# EXHIBIT B

2016 Statement

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LOS ANGELES DODGERS LLC, *et al.*,[1] | ) | Case No. 11-12010 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| _____ | ) | |

## STATEMENT OF YOUNG CONAWAY STARGATT & TAYLOR, LLP
## UNDER RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY
## PROCEDURE AND SECTION 329 OF THE BANKRUPTCY CODE

1.      Young Conaway Stargatt & Taylor, LLP ("Young Conaway"), pursuant to

Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1

of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court

for the District of Delaware (the "Local Rules") and section 329 of title 11 of the United States

Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), states that the undersigned is Delaware

bankruptcy counsel for the above-captioned debtors and debtors-in-possession (collectively, the

"Debtors") in these Chapter 11 Cases.

2.      The services to be rendered by Young Conaway in connection with these

chapter 11 cases include all those services set forth in the *Debtors' Application for an Order,*

*Pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014, Authorizing the*

*Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Attorneys for the*

*Debtors, Nunc Pro Tunc to the Commencement Date* (the "Application").

3.      Compensation agreed to be paid by the Debtors to Young Conaway is to

---

[1]      The Debtors, together with the last four digits of each Debtor's federal tax identification number are:
Los Angeles Dodgers LLC (3133); Los Angeles Dodgers Holding Company LLC (4851); LA Holdco LLC (2567);
LA Real Estate Holding Company LLC (4850); and LA Real Estate LLC (3029).  The location of the Debtors'
corporate headquarters and the service address for the Debtors is:  1000 Elysian Park Avenue, Los Angeles,
California 90012.

be for legal services rendered in connection with these bankruptcy cases. The Debtors have agreed to pay Young Conaway for the legal services rendered or to be rendered on the Debtors' behalf in connection with these cases by Young Conaway's various attorneys and paralegals. The Debtors have also agreed to reimburse Young Conaway for its actual, necessary expenses and other charges incurred by the Firm in connection with these chapter 11 proceedings.

4.      Young Conaway was retained by the Debtors pursuant to an engagement agreement dated as of June 23, 2011 (the "Engagement Agreement"). Young Conaway received an initial retainer in the amount of $32,000.00 (the "Retainer") on June 24, 2011. The Retainer was provided in connection with the planning and preparation of initial documents and the anticipated filing fees for these Chapter 11 Cases. The entirety of the Retainer (but excluding amounts needed to pay chapter 11 filing fees) was applied to the fees and expenses owed to Young Conaway prior to the commencement of these Chapter 11 Cases, and any fees and expenses owed to Young Conaway as of the Commencement Date that were in excess of the applicable Retainer amount have been waived.

5.      Within the year prior to the Commencement Date, Young Conaway has received no other payments or promises of payment from the Debtors on account of services rendered or to be rendered in contemplation of, or in connection with, these Chapter 11 Cases. At all times, the Retainer exceeded the amounts due to Young Conaway on account of its prepetition fees and expenses.

6.      Young Conaway intends to seek Court approval of its compensation and reimbursement of its actual, necessary expenses and other charges incurred by the Firm in connection with these Chapter 11 Cases upon the filing of appropriate applications for interim and final compensation and reimbursement pursuant to sections 330 and 331 of the Bankruptcy

2

Code, the Bankruptcy Rules and the Local Rules.

      7.    The filing fees in these Chapter 11 Cases have been paid in full.

      8.    Young Conaway further states that it has not shared, or agreed to share,

(a) any compensation it has received or may receive with another party or person, other than with

the partners, counsel and associates of Young Conaway, or (b) any compensation another person

or party has received or may receive.

Dated: July 1, 2011            YOUNG CONAWAY STARGATT & TAYLOR, LLP
      Wilmington, Delaware

                          */s/ Robert S. Brady*
                    Robert S. Brady (No. 2847)
                    Pauline K. Morgan (No. 3650)
                    Donald J. Bowman, Jr. (No. 4383)
                    Ryan M. Bartley (No. 4985)
                    The Brandywine Building – 17th Floor
                    1000 West Street, Post Office Box 391
                    Wilmington, Delaware 19899
                    Telephone:  (302) 571-6600
                    Facsimile:  (302) 571-1253

                    *Proposed Co-Counsel for the Debtors*
                    *and Debtors-in-Possession*

