# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| LOS ANGELES DODGERS LLC, *et al.*,[1] | : | Case No. 11-12010 (KG) |
|  | : |  |
|  | : | (Joint Administration Requested) |
| Debtors. | : |  |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the firm listed below hereby appears in the above-captioned bankruptcy cases as counsel to Syncora Guarantee Inc. (formerly XL Capital Assurance Inc.) ("Syncora"), pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and hereby requests that Syncora be added to the official mailing matrix and service lists in these cases and that copies of all pleadings, and any and all notices given or required to be served in connection with the above-captioned cases, be given and served upon:

> Jason P. Young, Esq.
> Rick B. Antonoff, Esq.
> Clifford Chance US LLP
> 31 West 52nd Street
> New York, NY 10019
> Telephone: (212) 878-8000
> Facsimile: (212) 878-8375
> Email: jason.young@cliffordchance.com
>         rick.antonoff@cliffordchance.com

and

---

[1] The Debtors together with the last four digits of each Debtor's federal tax identification number are: Los Angeles Dodgers LLC (3133); Los Angeles Dodgers Holding Company (4851); LA Holdco LLC (2567); LA Real Estate Holding Company LLC (4850); and LA Real Estate LLC (3029). The Location of the Debtor's corporate headquarters and the service address for the Debtors is: 1000 Elysian Park Avenue, Los Angeles, California 90012.

R. Sharon Smith, Esq.
Syncora Guarantee Inc.
825 Eighth Avenue, 24th Flr.
New York, New York 10019
Telephone: (212) 478-3673
Facsimile: (212) 478-3579
Email: rsharon.smith@scafg.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, all notices (including those required by Bankruptcy Rules 2002 and 4001 or ordered by the Court pursuant to Bankruptcy Rule 9007), applications, motions, petitions, orders, pleadings, requests, lists, schedules of assets and liabilities, statements of financial affairs, complaints, demands, replies, answers, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, e-mail, delivery, telephone, facsimile, telecopy, electronic file transfer, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Syncora's: (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related thereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, and recoupments to which Syncora may be entitled under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: New York, New York
       July 1, 2011

                CLIFFORD CHANCE US LLP

                By: /s/ Jason Young
                Jason P. Young, Esq.
                Rick B. Antonoff, Esq.
                31 West 52nd Street
                New York, NY 10019
                Telephone: (212) 878-8000
                Facsimile: (212) 878-8375
                Email: jason.young@cliffordchance.com
                         rick.antonoff@cliffordchance.com

                *Attorneys for Syncora Guarantee Inc.*