# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| LOS ANGELES DODGERS LLC, *et al.*,[1] | ) Case No. 11-12010 (KG) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Highbridge Principal Strategies LLC, as manager on behalf of certain of its affiliates ("Highbridge"), hereby enters its appearance by and through its counsel, Richards, Layton & Finger, P.A. and Fried, Frank, Harris, Shriver & Jacobson LLP, pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in the above-captioned chapter 11 cases be given and served upon the parties listed below at the following addresses and telephone numbers:

| | |
|---|---|
| Mark D. Collins (No. 2981) | Gary L. Kaplan |
| Michael J. Merchant (No. 3854) | Richard Tisdale |
| RICHARDS, LAYTON & FINGER, P.A | Aaron S. Rothman |
| One Rodney Square | FRIED, FRANK, HARRIS, SHRIVER & |
| 920 North King Street | JACOBSON LLP |
| Wilmington, Delaware 19801 | One New York Plaza, |
| Telephone: (302) 651-7700 | New York, New York 10004 |
| Facsimile: (302) 651-7701 | Telephone: (212) 859-8000 |
| Email: collins@rlf.com | Facsimile: (212) 859-4000 |
|     merchant@rlf.com | Email: gary.kaplan@friedfrank.com |
| |     richard.tisdale@friedfrank.com |
| |     aaron.rothman@friedfrank.com |

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number are: Los Angeles Dodgers LLC (3133); Los Angeles Dodgers Holding Company LLC (4851); LA Holdco LLC (2567); LA Real Estate Holding Company LLC (4850); and LA Real Estate LLC (3029). The location of the Debtors' corporate headquarters and the service address for the Debtors is: 1000 Elysian Park Avenue, Los Angeles, California 90012.

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

This *Notice of Appearance and Demand for Notices and Papers* shall not be deemed or construed to be a waiver of Highbridge's right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Highbridge is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

Dated: July 5, 2011
      Wilmington, Delaware

Respectfully submitted,

_/s/ Michael J. Merchant_
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
RICHARDS, LAYTON & FINGER, P.A
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Gary L. Kaplan
Richard Tisdale
Aaron S. Rothman
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza,
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

*Counsel to Highbridge Principal Strategies LLC*