June 29, 2011

11-12010

Dear Judge Kevin Gross:

I am writing you as a very concerned Dodgers fan and pleading for you to do the right thing.

Frank McCourt, the current owner of the Los Angeles Dodgers and life-long snake-oil salesman, is doing everything in his power to retain ownership of the team. And he should since that is his right as an American.

However, I would please ask you, sir, to look at the entire picture. McCourt isn't in financial shambles because of a bad investment or constantly overpaying players. Nope, McCourt has arrived here at this destination because he and his former wife, Jamie, loved living the lifestyle of the rich and famous, with complete disregard for one of the most storied franchises in Major League Baseball.

Instead of being humbled by taking the reigns of such a franchise, the McCourts could only see dollar signs, using the Dodgers as their personal ATM. At one point, they even used money from a Dodgers charity to pay for and support their lifestyle.

Now I am not here to say that an owner of any professional sports team shouldn't live it up. They should. But four mansions? $10,000 haircuts? A psychic on the payroll for more than $100,000? These are just a few examples of the McCourts making choices that dove right into the deep end of the overindulgence pool. And once they started getting too big to even be together, the McCourts needed to get divorced ... and pay millions and millions of dollars to attorneys. After a couple years of those bills, the McCourts look up and can't pay the bills at Dodgers Stadium. Why? Because of bad decision after bad decision. And now they want you to give them a free pass? I have faith and hope that you are much smarter than that to fall for this.

The McCourts have done so much damage to the franchise that fans refuse to go to games anymore, myself included. And believe me when I say that it has nothing to do with their record. I went to many games during the 1992 season, a year in which that team lost 99 games. I, like many Dodgers fans in and around the L.A. area, refuse to go to games because of the McCourts and will no longer put money in their pockets to fund their lifestyle or to pay their lawyers. Please allow us to reclaim our team back. I beg you.

Frank McCourt is in the position because of Frank McCourt. He deserves no more life rafts. He needs to learn a lesson for his overindulgence and over leveraging. Please do not grant him any more lifelines, and please do allow Major League Baseball to step in and repair the damage the McCourts have done to the franchise.

Thank you very much for your time.

Greg MacDonald
1315 N. Elderberry Ave.
Ontario, CA 91762
626.733.1869