## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LOS ANGELES DODGERS LLC., *et al.*,[1] | ) | Case No. 10-12010 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |

## REQUEST FOR NOTICE AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned, on behalf of interested party KCAL, a television station owned by Los Angeles Television Station KCAL LLC, hereby requests pursuant to 11 U.S.C. §1109(b) and Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure that all documents, notices and other papers pertaining to the above-captioned case be sent to and served at the following address:

>Lawrence M. Jacobson
>Glickfeld, Fields & Jacobson LLP
>315 South Beverly Drive, Suite 415
>Beverly Hills, California 90212
>Telephone: (310) 550-7222
>Facsimile: (310) 550-6222
>Email: lmj@gfjlawfirm.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes (without limitation) all notices, applications, complaints, demands, hearings, motions, orders, pleadings, disclosure statements, plans and requests, whether formal or informal, written or oral, and whether

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number are: Los Angeles Dodgers LLC (3133); Los Angeles Dodgers Holding Company LLC (4851); LA Holdco LLC (2567); LA Real Estate Holding Company LLC (4850); and LA Real Estate LLC (3029). The location of the Debtors' corporate headquarters and the service address for the Debtors is: 1000 Elysian Park Avenue, Los Angeles, California 90012.

transmitted or conveyed by mail, hand delivery, telephone, telecopier, e-mail or otherwise filed with regard to the above case or any proceeding therein.

It is further requested that the Debtor and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-entitled cases.

This request is not intended and should not be deemed or construed as an election of remedy or waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any case, controversy or proceeding, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have the District Court or Bankruptcy Court abstain from hearing any matter, (v) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: June 28, 2011
Los Angeles, California

Lawrence M. Jacobson (California Bar #100939)
GLICKFELD, FIELDS & JACOBSON LLP
312 South Beverly Drive, Suite 415
Beverly Hills, CA 90212
Telephone: (310) 550-7222
Facsimile: (310) 550-6222
Email: lmj@gfjlawfirm.com