# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LOS ANGELES DODGERS LLC, *et al.*[1] | : | Case Number 11-12010 (KG) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |

## NOTICE OF APPOINTMENT OF
## COMMITTEE OF UNSECURED CREDITORS

Pursuant to section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **AVM Systems Limited Partnership**, Attn: Jack Armbruster, 1163 Flanders Court, Aurora, IL 60504, Phone: (630) 820-9638, Fax: (630) 820-9635.

2. **Elizabeth Ann Stow and/or David Edward Stow, as Conservators to Bryan Stow**, Attn: Christopher T. Aumais, Esq., Girardi & Keese, 1126 Wilshire Blvd., Los Angeles, CA 90017, Phone: (213) 977-0211, Fax: (213) 481-1554.

3. **KABC Radio LLC**, Attn: Patricia Stratford, 3321 South LeCienage Blvd., Los Angeles, CA 90016, Phone: (212) 297-5867, Fax: (212) 735-1791.

4. **Major League Baseball Players Association**, Attn: Timothy Slavin, Director of Business Affairs and Licensing/Senior Counsel Business, 12 East 49th Street, New York, NY 10017, Phone: (212) 826-0809, Fax: (212) 752-4378.

5. **Pyro Events, Inc.**, Attn: Gary E. Brown, P.O. Box 2329, Rialto, CA 92377, Phone: (909) 355-8120, Fax: (909) 355-9813.

                                              ROBERTA A. DEANGELIS
                                              United States Trustee, Region 3


                                              /s/ Tiiara N. A. Patton, for
                                              T. PATRICK TINKER
                                              ASSISTANT U.S. TRUSTEE

DATED: July 13, 2011

Attorney assigned to this Case: Mark S. Kenney, Esq. Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Sydney P. Levinson, Esq., Phone: (213) 621-6000, Fax: (213) 621-6100

---

[1] The Debtors, together with the last four digits of each debtor's federal tax identification number, are Los Angeles Dodgers LLC (3133); Los Angeles Dodgers Holding Company LLC (4851); LA Holdco LLC (2567); LA Real Estate Holding Company LLC (4850); and LA Real Estate LLC (3029).