**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| LOS ANGELES DODGERS LLC., et al., | Case No. 11-12010 (KG) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: July 20, 2011, 10:00am (ET)** |

**DECLARATION OF JOHN MCHALE, JR.**

**JOHN MCHALE, JR**, hereby declares as follows:

1. I am currently the Executive Vice President, Administration & Chief Information Officer of the Office of the Commissioner of Baseball, doing business as Major League Baseball ("MLB"). I submit this Declaration based on my personal knowledge and in support of MLB's objection (the "Objection")[1] to final approval of the Emergency Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 362, and 364, and (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c) [Docket No. 13] (the "DIP Financing Motion") filed by Los Angeles Dodgers LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors"), which is being filed concurrently.

**MLB DIP Facility**

2. MLB hereby confirms (a) its commitment to authorize Baseball Finance LLC (the "DIP Lender") to loan the Debtors up to $150,000,000 under the MLB DIP Facility pursuant to the MLB Credit Agreement and related documents (including the commitment letter and term

[1] Terms not otherwise defined herein shall have the meaning set forth in the Objection.

sheet filed herewith), and (b) that the DIP Lender has the wherewithal to do so. The Commissioner has full authority to authorize the DIP Lender to provide Debtors with the MLB DIP Facility.

3. MLB has enhanced the terms of the MLB DIP Facility initially proposed to the Debtors. In particular, MLB is now offering the Debtors unsecured financing on an administrative expense basis under section 364(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. The DIP facility offered by Highbridge in the Debtors' DIP Financing Motion (the "Highbridge DIP Facility") requires the Debtors to grant liens on all of their assets, including their estates' avoidance actions. Moreover, the MLB DIP Facility:

(a) substantially reduces the fees required to be paid under the Highbridge DIP Facility;

(b) reduces the interest rate by 3 percentage points;

(c) does not require the Debtors to encumber any of their assets (including avoidance actions);

(d) contains fewer events of default;

(e) provides for a maturity date of November 30, 2012, which is after the conclusion of the Right of First Negotiation period under the existing Fox Telecast Agreement; and

(f) has been reduced to writing in the form of the MLB Credit Agreement and disclosed to the Court and parties in interest as required by Bankruptcy Rule 4001.

4. In addition, MLB has modified the terms of the MLB DIP Facility to respond to the concerns raised by the Debtors. The changes MLB has made to its initial DIP Proposal are described more fully in the Objection and reflected in the blacklines of the MLB Credit Agreement, summary term sheet, and commitment letter attached to the Objection as Exhibits A-2, B-2 and C-2.

I declare, under the penalty of perjury, that the foregoing is true and correct.

Dated: New York, New York
July 14, 2011

John McHale, Jr.

**JOHN MCHALE, JR.**