## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LOS ANGELES DODGERS LLC, *et al.*,[1] ) | Case No. 11-12010 (KG) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Hearing Date: July 20, 2011 at 10:00 a.m. (ET) (requested) |
| ) | Objection Deadline: At the Hearing. |

## NOTICE OF MOTION

TO: (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; (III) COUNSEL TO THE OFFICE OF THE COMMISSIONER OF BASEBALL DOING BUSINESS AS MAJOR LEAGUE BASEBALL; (IV) COUNSEL TO THE DIP LENDERS; AND (V) ALL PARTIES THAT HAVE REQUESTED NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002, IN ACCORDANCE WITH DEL. BANKR. LR 2002-1(B).

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed under seal the **Debtors' Motion to Preclude Evidence Pursuant to Rule 37(b)(2)** (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have requested that any objections to the Motion be heard at the hearing scheduled for **July 20, 2011 at 10:00 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** THAT, IF THE COURT APPROVES THE CORRESPONDING MOTION TO SHORTEN NOTICE, A HEARING ON THE MOTION WILL BE HELD ON **JULY 20, 2011 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number are: Los Angeles Dodgers LLC (3133); Los Angeles Dodgers Holding Company LLC (4851); LA Holdco LLC (2567); LA Real Estate Holding Company LLC (4850); and LA Real Estate LLC (3029). The location of the Debtors' corporate headquarters and the service address for the Debtors is: 1000 Elysian Park Avenue, Los Angeles, California 90012.

**PLEASE TAKE FURTHER NOTICE** THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

Dated: July 18, 2011
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Donald J. Bowman, Jr.*
Robert S. Brady (No. 2847)
Pauline K. Morgan (No. 3650)
Donald J. Bowman, Jr. (No. 4383)
Ryan M. Bartley (No. 4985)
The Brandywine Building – 17th Floor
1000 West Street, Post Office Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

DEWEY & LEBOEUF LLP
Bruce Bennett
Sidney P. Levinson
Joshua M. Mester
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: (213) 621-6000
Facsimile: (213) 621-6100

-and-

DEWEY & LEBOEUF LLP
Martin J. Bienenstock
Philip M. Abelson
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LOS ANGELES DODGERS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 11-12010 (KG)<br><br>(Jointly Administered)<br><br>**Objection Deadline: At the Hearing**<br>**Hearing Date: July 20, 2011 at 10:00 a.m. (ET)**<br>**(requested)** |

## DEBTORS' MOTION TO PRECLUDE EVIDENCE PURSUANT TO RULE 37(b)(2)

### [DOCUMENT FILED UNDER SEAL]

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number are: Los Angeles Dodgers LLC (3133); Los Angeles Dodgers Holding Company LLC (4851); LA Holdco LLC (2567); LA Real Estate Holding Company LLC (4850); and LA Real Estate LLC (3029). The location of the Debtors' corporate headquarters and the service address for the Debtors is: 1000 Elysian Park Avenue, Los Angeles, California 90012.

Dated: July 18, 2011
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Donald J. Bowman, Jr.
Robert S. Brady (No. 2847)
Pauline K. Morgan (No. 3650)
Donald J. Bowman, Jr. (No. 4383)
The Brandywine Building – 17th Floor
1000 West Street, Post Office Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

DEWEY & LEBOEUF LLP
Bruce Bennett
Sidney P. Levinson
Matthew Walsh
Joshua M. Mester
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: (213) 621-6000
Facsimile: (213) 621-6100

-and-

DEWEY & LEBOEUF LLP
Martin Bienenstock
Philip M. Abelson
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

*Proposed Co-Counsel for the Debtors and Debtors in Possession*