# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Los Angeles Dodgers LLC | | |
| **Case Number:** | 11-12010-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, JULY 20, 2011 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## Matter:

2nd Day Motions

**R / M #:**   265 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 -  #2 -  Continued to August 8, 2011 at 2:00 pm
#3 -  Certification of Counsel -
#4 -  CNO Filed and Order Signed
#5 -  #6 - Certification of Counsel - Orders Signed
#7 -  Granted - Order to be submitted
#8 -  Motion Withdrawn
#9 -  Judge will issue ruling
#10 -  Denied
#11 -  Matter continued
#12 -  Judge will issue ruling
#13 -  Denied
#14 -  Denied