| United States Bankruptcy Court | |
|---|---|
| For the District Of Delaware | |
| Los Angeles Dodgers, LLC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 11-12010 |
| Debtor | } Amount **$5,546.25** |

AS SET FORTH ON SCHEDULE F

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**THE CART GUY**
**992 E RAMSEY STREET**
**BANNING, CA 92220**

The transfer of your claim as shown above in the amount of **$5,546.25** has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/Michael Handler
Liquidity Solutions Inc
(201) 968-0001

In re: LOS ANGELES DODGERS LLC        Case No. 11-12010
       Debtor                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. TAILORITE001<br>TAILO-RITE COMPETE CLOTHING REPAIR SERVICE<br>8459 S. COTTAGE GROVE<br>CHICAGO, IL 60619 | | | AP TRADE | | | | $492.00 |
| ACCOUNT NO. TALXCORPOR001<br>TALX CORPORATION<br>4076 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | | | AP TRADE | | | | $1,000.00 |
| ACCOUNT NO. TARGETSPEC001<br>TARGET SPECIALTY PRODUCTS<br>P.O. BOX 3408<br>SANTA FE SPRINGS, CA 90670-3408 | | | AP TRADE | | | | $3,809.26 |
| ACCOUNT NO. TCF001<br>TCF EQUIPMENT FINANCE<br>PO BOX 77077<br>MINNEAPOLIS, MN 55480 | | | AP TRADE | | | | $4,782.10 |
| ACCOUNT NO. THECARTGUY001<br>==THE CART GUY==<br>==992 E. RAMSEY STREET==<br>==BANNING, CA 92220== | | | AP TRADE | | | | ==$5,546.25== |
| ACCOUNT NO. THEORIGINA001<br>THE ORIGINAL MAPLE BAT CORP.<br>54 BEECH STREET STE. #2<br>OTTAWA, ON K1S3JS<br>CANADA | | | AP TRADE | | | | $2,485.00 |
| ACCOUNT NO. THINKCURE001<br>THINKCURE<br>1000 ELYSIAN PARK AVENUE<br>LOS ANGELES, CA 90090 | | | AP TRADE | | | | $262.88 |

Sheet no. 43 of 49 sheet(s) attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   $18,377.49

## TRANSFER NOTICE

THE CART GUY ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against LADLLC ("Debtor"), in the aggregate amount of $5,546.25 representing all claims of Assignor pending against Debtors in the United States Bankruptcy Court, District of Delaware, Case No. 11-12010.

IN WITNESS WHEREOF, Assignor has signed below as of the 6th day of September, 2011.

THE CART GUY	Liquidity Solutions, Inc.

By: _____	_____
(Signature)	(Signature)

MARK AARON  CEO	Michael Handler
(Print Name and Title)	(Print Name and Title)