**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| LOS ANGELES DODGERS LLC, *et al.*, | Case No. 11-12010 (KG) |
| | (Jointly Administered) |
| Debtors. | |

**DECLARATION OF GLENN M. KURTZ, ESQ.**

**GLENN M. KURTZ,** declares under penalty of perjury under the laws of the United States of America, that the following is true and correct:

1. I am a member of the firm White & Case LLP, counsel to The Office of the Commissioner of Baseball doing business as Major League Baseball ("Major League Baseball"). I submit this Declaration in support of Major League Baseball's (A) Motion To Terminate Exclusivity Or, In The Alternative, To Compel The Debtors To Seek Assumption Or Rejection Of The Baseball Agreements and (B) Motion To Disqualify Dewey & LeBoeuf LLP And Young Conaway Stargatt & Taylor LLP As Attorneys For The Debtors, filed contemporaneously herewith.

2. Attached to this Declaration are, to the best of my knowledge, true and correct copies of the following documents:

| | |
|---|---|
| Exhibit 1 | Major League Constitution. |
| Exhibit 2 | [redacted] |
| Exhibit 3 | Letter Agreement dated May 11, 2005 regarding Subservience to MLB Governing Documents between Major League Baseball and LA Holdco LLC, Dodger Tickets LLC, LA Real Estate Holding Company LLC, Los |

| | |
|---|---|
| | Angeles Dodgers Holding Company LLC, LA Real Estate LLC, Los Angeles Dodgers LLC, and Dodgers Tickets Manager Corp. |
| Exhibit 4 | [redacted] |
| Exhibit 5 | A list of the statements and admissions made to this Court by the Debtors concerning the assumption of the Baseball Agreements. |
| Exhibit 6 | [redacted] |
| Exhibit 7 | [redacted] |
| Exhibit 8 | [redacted] |
| Exhibit 9 | [redacted] |
| Exhibit 10 | [redacted] |
| Exhibit 11 | [redacted] |
| Exhibit 12 | [redacted] |
| Exhibit 13 | [redacted] |
| Exhibit 14 | [redacted] |
| Exhibit 15 | [redacted] |

| | |
|---|---|
| Exhibit 16 | [redacted] |
| Exhibit 17 | [redacted] |
| Exhibit 18 | [redacted] |
| Exhibit 19 | [redacted] |
| Exhibit 20 | Bill Shaikin, Frank McCourt proposed to slash Dodgers' payroll in business plan, L.A. TIMES (Sept. 1, 2010) |
| Exhibit 21 | In re Marriage of McCourt, Case No. BD 514309, Frank McCourt Income and Expense Declaration, filed August 31, 2011. |
| Exhibit 22 | Michael Martinez & Stan Wilson, What Has Happened to the Dodgers?, CNN.COM (June 10, 2011). |
| Exhibit 23 | Bill Plaschke, Selig Jumps into the Fray, L.A. TIMES (April 21, 2011). |
| Exhibit 24 | Bill Shaikin & David Wharton, MLB Seizes Control of Dodgers, L.A. TIMES (April 21, 2011). |
| Exhibit 25 | Editorial, True to the Dodgers, L.A. TIMES (July 2, 2011). |
| Exhibit 26 | Larry Behrendt, Frank McCourt Must Go, IT'S ABOUT THE MONEY.NET (June 21, 2011). |
| Exhibit 27 | Adam Nagourney, Opening Day Attack Has Dodger Fans Seeing Blue All Over, N.Y. TIMES (June 8, 2011). |
| Exhibit 28 | Tom Hoffarth, They're Not Buying It, DAILY NEWS OF L.A. (May 27, 2011). |
| Exhibit 29 | Joel Rubin, Changes in Dodgers Security Preceded Attack on Giants Fan, L.A. TIMES (April 16, 2011). |
| Exhibit 30 | Steve Lopez, Dodgers Fans Strike Out, L.A. TIMES (April 6, 2011). |
| Exhibit 31 | [redacted] |
| Exhibit 32 | [redacted] |

Exhibit 33 [redacted]

Exhibit 34 Letter dated June 27, 2011 from Sidney P. Levinson to Ambassador J. Thomas Schieffer concerning termination of the Monitor.

Exhibit 35 Letter dated June 27, 2011 from Thomas E Lauria to Sidney P. Levinson concerning termination of the Monitor

Exhibit 36 Letter dated June 30, 2011 from Thomas E Lauria to Sidney P. Levinson concerning termination of the Monitor.

Exhibit 37 In re Marriage of McCourt, Case No. BD 514309, Order to Show Cause to Modify *Pendente Lite* Spousal Support dated July 15, 2011.

Exhibit 38 [redacted]

Exhibit 39 Excerpts from the Transcript of Proceedings before the Honorable Kevin Gross, United States Bankruptcy Judge dated July 20, 2011 (DIP Hearing).

Exhibit 40 In re Marriage of McCourt, Case No. BD 514309, Binding Term Sheet dated June 17, 2011.

Exhibit 41 [redacted]

Exhibit 42 Letter dated June 20, 2011 from Commissioner Allan H. Selig to Frank H. McCourt, Jr. concerning proposed Fox transaction.

Exhibit 43 DIP Facility Fee Letter dated June 27, 2011 From Highbridge Principal Strategies, LLC to Jeffery J. Ingram.

Exhibit 44 [redacted]

Exhibit 45 Email dated June 25, 2011 from Jeffrey Ingram to James McVeigh concerning liquidity needs.

Exhibit 46 [redacted]

Exhibit 47 Email dated June 26, 2011 from Jeffrey Ingram to Kevin Griffin concerning real estate and DIP loans.

Exhibit 48 [redacted]

Exhibit 49 Excerpts from the transcript of Proceedings before the Honorable Kevin Gross, United States Bankruptcy Judge dated August 16, 2011.

Exhibit 50 Reservation of Rights of Major League Baseball With Respect to Debtors' Application to Employ and Retain Dewey & LeBoeuf LLP and Young Conaway Stargatt & Taylor LLP as Attorneys for the Debtor *Nunc Pro Tunc* to the Petition Date [Docket No. 315].

Exhibit 51 Response to Reservation of Rights of Major League Baseball With Respect to Application to Employ and Retain Dewey & LeBoeuf LLP and Young Conaway Stargatt & Taylor LLP as Attorneys for the Debtor *Nunc Pro Tunc* to the Petition Date [Docket No. 327].

/s/ Glenn M. Kurtz
GLENN M. KURTZ