# EXHIBIT 44

**[THIS EXHIBIT HAS BEEN FILED UNDER SEAL]**