# UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: **LADLLC, ET AL.,**            Case No. **11-12010**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS, LLC** | **CUSTOM WOODWORKING & REMODELING** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**SONAR CREDIT PARTNERS, LLC
200 BUSINESS PARK DRIVE, SUITE 201
ARMONK, NY 10504**

Phone: **(914) 730-1005**
Last Four Digits of Acct #: N/A

Court Claim # (if known): N/A
Amount of Claim: **$7,161.00**
Date Claim Filed: N/A

Phone: N/A
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Name and Current Address of Transferor:

CUSTOM WOODWORKING & REMODELING
11782 N. 91ST AVE.
STE. 2
PEORIA, AZ 85345

Phone: N/A
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg            Date: 10/14/2011
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
Attn: Clerk

AND TO: LADLLC("Debtor"), Case No. 11-12010)

Schedule # (if known): 10002590

**CUSTOM WOODWORKING REMODELING**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SONAR CREDIT PARTNERS, LLC**
200 Business Park Drive
Suite 201
Armonk, NY 10504
Attn: Michael Goldberg
Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of **$7,161.00** ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 12, 2011.

| ASSIGNOR | ASSIGNEE |
|---|---|
| Signature: | Signature: |
| Name: Lefty C. Housley | Name: Michael Goldberg |
| Title: Owner | Title: Managing Member |
| Date: 10-12-11 | Date: 10/14/11 |

Claim Question? Call: 646 282 2400  Technical Support Question? Call: 800 794 4430

Guest | Sign In

epiq SYSTEMS

LADLLC
Change Client

**Client Home**   Claims   Docket   **Key Documents**

Home»Search Claims

Bookmark this Page

# Search Claims

## Criteria

| | | |
|---|---|---|
| **Claim Number** | **Creditor Name** Name Starts With  custom woodworking | **Scope** Claims and Schedules |
| **Schedule Number** | **Amount** Total Claim Value  Equals | |
| **Docket Number** | **Claim Date Range** to | |
| **Debtor** | | |

Order By: Creditor Name    Results Per Page: 25

### Results
Expand All

[1]  Page 1 of 1 - 01 total items

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| | 10002590 | CUSTOM WOODWORKING & REMODELING | | $7,161.00 | No Image |
| | | 11782 N. 91ST AVE. STE. 2 PEORIA, AZ 85345 | Scheduled Unsecured: | $7,161.00 | |
| | | Debtor: LADLLC | | | |

[1]  Page 1 of 1 - 01 total items

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.

In re: LOS ANGELES DODGERS LLC　　　　　　　　　　　　　　Case No. 11-12010
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. CORPORATEI001 CORPORATE IMPRESSIONS 10742 BURBANK BLVD NORTH HOLLYWOOD, CA 91601 | | | AP TRADE | | | | $659.50 |
| ACCOUNT NO. COSTCO001 COSTCO P.O. BOX 34340 SEATTLE, WA 98124-1340 | | | AP TRADE | | | | $8,352.75 |
| ACCOUNT NO. COVINGTON&BU001 COVINGTON & BURLING LLP 1201 PENNSYLVANIA AVE, N.W. WASHINGTON, DC 20004-2401 | | | AP TRADE | | | | $149,270.73 |
| ACCOUNT NO. CRAIGCASEY001 CRAIG CASEY ADDRESS REDACTED | | | AP TRADE | | | | $2,500.00 |
| ACCOUNT NO. CRENSHAWLO001 CRENSHAW LOCK COMPANY 3434 W 43RD STREET LOS ANGELES, CA 90008-4906 | | | AP TRADE | | | | $967.53 |
| ACCOUNT NO. CUSTOMWOOD001 CUSTOM WOODWORKING & REMODELING 11782 N. 91ST AVE. STE. 2 PEORIA, AZ 85345 | | | AP TRADE | | | | $7,161.00 |
| ACCOUNT NO. CUSTOMIZED001 CUSTOMIZED FITNESS SYSTEMS 12790 WASHINGTON BLVD LOS ANGELES, CA 90066 | | | AP TRADE | | | | $150.00 |
| ACCOUNT NO. DANASINCLAIR DANA A. SINCLAIR, PH. D. ADDRESS REDACTED | | | AP TRADE | | | | $4,827.35 |
| ACCOUNT NO. DARRENDREIFO001 DARREN DREIFORT ADDRESS REDACTED | | | AP TRADE | | | | $643.98 |

Sheet no. 14 of 49 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims　　　　　　　　　　Subtotal　　$174,532.84