**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| LOS ANGELES DODGERS LLC, *et al.*,[1] | ) | Case No. 11-12010 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket Nos. 1539 and 1563** |

**OBJECTION OF MAJOR LEAGUE BASEBALL TO THE DEBTORS' SUPPLEMENTAL NOTICE OF PROPOSED CURE AMOUNTS UNDER THE BASEBALL AGREEMENTS**

The Office of the Commissioner of Baseball, doing business as Major League Baseball ("MLB"), hereby submits this objection (the "Objection") to the Supplemental Notice of Proposed Cure Amounts [Docket No. 1563] (the "Supplemental Cure Notice"), filed by Los Angeles Dodgers LLC and its debtor affiliates (collectively, the "Debtors"). In support of this Objection, MLB respectfully represents as follows:

**BACKGROUND**

1. On March 15, 2012, the Debtors filed the Notice of Proposed Cure Amounts [Docket No. 1539] (the "Initial Cure Notice"), which listed the Debtors' proposed cure amounts with respect to executory contracts and unexpired leases that may be assumed pursuant to Section 7.1 of the Debtors' proposed amended joint plan of reorganization [Docket No. 1323] (the "Plan"). The Debtors are parties to various executory contracts with MLB (collectively, the "Baseball Agreements"). Pursuant to Section 7.1 of the Plan, the Baseball Agreements will be

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number, are: Los Angeles Dodgers LLC (3133); Los Angeles Dodgers Holding Company LLC (4851); LA Holdco LLC (2567); LA Real Estate Holding Company LLC (4850); and LA Real Estate LLC (3029). The location of the Debtors' corporate headquarters and the service address for the Debtors is 1000 Elysian Park Avenue, Los Angeles, California 90012.

assumed by the Debtors. The Initial Cure Notice provided that the proposed cure amount with respect to certain of the Baseball Agreements[2] that are to be assumed under the Plan is zero dollars ($0.00). The Initial Cure Notice also provided that any objections to the Debtors' proposed cure amounts must be filed with the United States Bankruptcy Court for the District of Delaware on or before March 29, 2012 at 4:00 p.m. (ET). On March 29, 2012, MLB submitted its Objection to the Debtors' Notices of Proposed Cure Amounts under the Baseball Agreements [Docket No. 1620].

2. On March 20, 2012, the Debtors filed the Supplemental Cure Notice, which provided that the proposed cure amount with respect to all of the Baseball Agreements[3] (including the Baseball Agreements listed in the Initial Cure Notice) is zero dollars ($0.00). The Supplemental Cure Notice provided that any objections to the proposed cure amounts be delivered to the Honorable Joseph J. Farnan, as mediator, on or before April 3, 2012 at 4:00 p.m. (ET).[4]

**OBJECTION**

3. Major League Baseball objects to (1) the Debtors' proposed cure amount of zero dollars ($0.00) with respect to each of the Baseball Agreements set forth in the Initial Cure Notice and (2) the Debtors' proposed cure amount of zero dollars ($0.00) with respect to all Baseball Agreements listed in the Supplemental Cure Notice.

---

2 The Initial Cure Notice listed the following three Baseball Agreements: (1) the Major League Baseball Interactive Media Rights Agreement; (2) the Major League Baseball Properties Agency Agreement; and (3) the Sponsor Agreement, Execution Date: 3/15/2011.

3 The Supplemental Cure Notice provided that the Baseball Agreements include the Major League Baseball Constitution and the various related agreements, rules, guidelines, regulations, bulletins, directives, policies, decisions, and requirements of Major League Baseball adopted thereunder.

4 A copy of this Objection has been delivered by MLB to Judge Farnan. MLB reserves all of its rights with respect to the alleged procedure for resolving the Objection as outlined in the Supplemental Cure Notice and nothing herein shall constitute MLB's consent with respect thereto.

4. To assume the Baseball Agreements under the Plan, the Debtors must satisfy all of the amounts due to MLB and its affiliates under those agreements, including (without limitation) the amounts set forth in invoices attached to the proofs of claim numbers 228 through 240 and the administrative proofs of claim numbers 316 through 325 (the "Proofs of Claim") attached hereto as Exhibit "A".

5. By filing this Objection, MLB objects to the proposed cure amounts in the Debtors' Supplemental Cure Notice. All rights of MLB are reserved.

[REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

Dated: April 3, 2012
Wilmington, Delaware

**OFFICE OF THE COMMISSIONER OF BASEBALL**

By: ______________________________

Jeffrey M. Schlerf (DE ID No. 3047)
Eric M. Sutty (DE ID No. 4007)
Carl D. Neff (DE ID No. 4895)
L. John Bird (DE ID No. 5310)
FOX ROTHSCHILD LLP
919 Market Street, Suite 1600
Wilmington, DE 19801-2323
Telephone: (302) 654-7444
Facsimile: (302) 656-8920

-and-

Thomas E Lauria
Glenn M. Kurtz
John K. Cunningham
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

-and-

Bradley I. Ruskin
Jeffrey W. Levitan
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
(212) 969-3000

-and-

Mark K. Thomas
Jeremy T. Stillings
PROSKAUER ROSE LLP
70 West Madison, Suite 3800
Chicago, IL 60602-4342
(312) 962-3550

Counsel to the Office of the Commissioner of Baseball