**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| LOS ANGELES DODGERS LLC, *et al.*,[1] | Case No. 11-12010 (KG) |
| | (Jointly Administered) |
| Debtors. | |
| | **Objection Deadline: April 10, 2012 at 4:00 p.m.**<br>**Hearing Date: April 13, 2012 at 10:00 a.m.**<br>**Re: Docket Nos. 1353, 1632 and 1634** |

# LIMITED OBJECTION OF MAJOR LEAGUE BASEBALL WITH RESPECT TO THE DEBTORS' PLAN SUPPLEMENT

The Office of the Commissioner of Baseball, doing business as Major League Baseball ("MLB"), hereby submits this limited objection (the "Limited Objection") to the Plan Supplement in Support of Second Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code for Los Angeles Dodgers LLC and its Debtor Affiliates [Docket No. 1634] (the "Plan Supplement"), filed by Los Angeles Dodgers LLC and its debtor affiliates (collectively, the "Debtors"). In support of this Limited Objection, MLB respectfully represents as follows:

## BACKGROUND

1. On January 20, 2012, the Debtors filed a Chapter 11 Plan of Reorganization [Docket No. 1199] and disclosure statement in support thereof [Docket No. 1200]. On February 17, 2012, the Debtors filed an amended plan [Docket No. 1323] (the "Plan") and the disclosure statement in support of the Plan [Docket No. 1324] (the "Disclosure

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number, are: Los Angeles Dodgers LLC (3133); Los Angeles Dodgers Holding Company LLC (4851); LA Holdco LLC (2567); LA Real Estate Holding Company LLC (4850); and LA Real Estate LLC (3029). The location of the Debtors' corporate headquarters and the service address for the Debtors is 1000 Elysian Park Avenue, Los Angeles, California 90012.

Statement").

2. The Disclosure Statement was approved by an order dated February 22, 2012 [Docket No. 1353] (the "Disclosure Statement Order"). The Disclosure Statement Order fixed April 6, 2012 as the deadline for the Debtors to file the Plan Supplement, and set April 10, 2012 as the deadline for filing any objection to the Plan Supplement.

3. On March 15, 2012, the Debtors filed their Notice of Proposed Cure Amounts Regarding Executory Contracts and Unexpired Leases Assumed Pursuant to the Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code for Los Angeles Dodgers LLC and its Debtor Affiliates [Docket No. 1539] (the "Initial Cure Amount Notice"), which, among other things, proposed a zero dollar ($0.00) cure amount with respect to certain of the Debtors' agreements with MLB and certain of its affiliates (collectively, the "Baseball Agreements")[2] that are to be assumed under the Plan. Thereafter, on March 20, 2012, the Debtors filed their Supplemental Notice of Proposed Cure Amounts Regarding MLB Agreements Assumed Pursuant to Section 4.10 of the Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code for Los Angeles Dodgers LLC and its Debtor Affiliates [Docket No. 1563] (the "Supplemental Cure Amount Notice"). The Supplement Cure Amount Notice proposed a zero dollar ($0.00) cure amount with respect to all of the Baseball Agreements[3] (including the Baseball Agreements listed in the Initial Cure Notice).

4. On March 29, 2012, MLB filed its Objection to the Debtors' Notices of Proposed Cure Amounts under the Baseball Agreements [Docket No. 1620] (the "Initial Cure

---

[2] The Initial Cure Notice listed the following three Baseball Agreements: (1) the Major League Baseball Interactive Media Rights Agreement; (2) the Major League Baseball Properties Agency Agreement; and (3) the Sponsor Agreement, Execution Date: 3/15/2011.

[3] The Supplemental Cure Notice provided that the Baseball Agreements include the Major League Constitution and the various related agreements, rules, guidelines, regulations, bulletins, directives, policies, decisions, and requirements of MLB adopted thereunder.

Objection"), and on April 3, 2012, MLB filed its Objection to the Debtors' Supplemental Notices of Proposed Cure Amounts under the Baseball Agreement [Docket No. 1631] (together with the Initial Cure Objection, the "Cure Objection"). As set forth in the Cure Objection, the Debtors are required to satisfy all of the amounts due to MLB under the Baseball Agreements (the "MLB Claims"), including, without limitation, the amounts set forth in proofs of claim numbers 228 through 240 and the administrative proofs of claim numbers 316 through 325 filed by MLB and its affiliates (collectively, the "MLB Proofs of Claim"), before the Debtors may assume the Baseball Agreements.

5. On April 6, 2012, the Debtors filed the Plan Supplement, as well as a second amended Plan [Docket No. 1632]. In Exhibit F to the Plan Supplement (the Amount of Disputed Administrative Expense Claims Reserves), the Debtors state that the Disbursing Agent[4] will place only $322,065.43 (the "Disputed Claims Reserve Amount") in the Disputed Administrative Expense Claims Reserves on the Effective Date of the Plan. See Plan Supplement Ex. F.

## LIMITED OBJECTION

6. MLB objects to the Disputed Claims Reserve Amount, as such amount will be insufficient to satisfy all of the MLB Claims that the Debtors currently dispute.

7. As reflected in the MLB Proofs of Claim, the total amount of MLB Claims is no less than $8 million through February 22, 2012. In addition, MLB will have additional claims for administrative expenses incurred after February 22, 2012 and through the date on which the Baseball Agreements are assumed by the Debtors. To the extent the Debtors dispute the MLB Claims, the Debtors must maintain sufficient funds in the Disputed Administrative Expense Claims Reserves to satisfy their obligations to MLB. Accordingly, the

4 Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan.

Debtors' currently proposed Disputed Claims Reserve Amount is inadequate to satisfy the MLB Claims and must be increased so that there are sufficient funds to satisfy such claims in full.

8. Further, MLB hereby reserves all of its rights with respect to the Plan Supplement, including, but not limited to, commenting on the proposed Findings of Fact, Conclusion of Law, and Order Confirming Second Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code for Los Angeles Dodgers LLC and its Debtor Affiliates contained therein.

## CONCLUSION

9. For the foregoing reasons, MLB respectfully requests that the Plan Supplement be modified consistent with this Limited Objection.

Dated: April 10, 2012
Wilmington, Delaware

**OFFICE OF THE COMMISSIONER OF BASEBALL**

By: ______________________________

Jeffrey M. Schlerf (DE ID No. 3047)
Eric M. Sutty (DE ID No. 4007)
Carl D. Neff (DE ID No. 4895)
L. John Bird (DE ID No. 5310)
FOX ROTHSCHILD LLP
919 Market Street, Suite 1600
Wilmington, DE 19801-2323
Telephone: (302) 654-7444
Facsimile: (302) 656-8920

-and-

Thomas E Lauria
Glenn M. Kurtz
John K. Cunningham
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

-and-

Bradley I. Ruskin
Jeffrey W. Levitan
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
(212) 969-3000

-and-

Mark K. Thomas
Jeremy T. Stillings
PROSKAUER ROSE LLP
70 West Madison, Suite 3800
Chicago, IL 60602-4342
(312) 962-3550

Counsel to the Office of the Commissioner of Baseball