**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LOS ANGELES DODGERS LLC, *et al.*,[1] | Case No. 11-12010 (KG) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 1408** |

**DECLARATION OF MAJOR LEAGUE BASEBALL REPRESENTATIVE**

**[DOCUMENT TO BE KEPT UNDER SEAL]**

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number are: Los Angeles Dodgers LLC (3133); Los Angeles Dodgers Holding Company LLC (4851); LA Holdco LLC (2567); LA Real Estate Holding Company LLC (4850); and LA Real Estate LLC (3029). The location of the Debtors' corporate headquarters and the service address for the Debtors is: 1000 Elysian Park Avenue, Los Angeles, California 90012.