**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LOS ANGELES DODGERS LLC, *et al.*,[1] | ) | Case No. 11-12010 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline: April 15, 2013 at 3:00 p.m. (ET)** ***(Requested)*** |
| | ) | **Hearing Date: April 15, 2013 at 3:00 p.m. (ET)** ***(Requested)*** |
| | ) | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on April 12, 2013, Los Angeles Dodgers LLC, along with the other Reorganized Debtors in the above-captioned cases (the "Dodgers"), filed the *Los Angeles Dodgers LLC's Motion to Enforce Confirmation Order* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that concurrently with the filing of the Motion, the Dodgers filed the *Motion to Shorten Notice and Schedule Hearing Los Angeles Dodgers LLC's Motion to Enforce Confirmation Order* (the "Motion to Shorten") with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Motion to Shorten, the Dodgers have requested that the Court enter an order scheduling a hearing on the Motion for the hearing currently scheduled for **April 15, 2013 at 3:00 p.m. (Prevailing Eastern Time)** (the "Hearing"), with responses and objections due **at the Hearing**. In accordance with the Local

[1] The Reorganized Debtors, together with the last four digits of each Debtor's federal tax identification number are: Los Angeles Dodgers LLC (3133); Los Angeles Dodgers Holding Company LLC (4851); LA Holdco LLC (2567); LA Real Estate Holding Company LLC (4850); and LA Real Estate LLC (3029). The location of the Reorganized Debtors' corporate headquarters and the service address for the Reorganized Debtors is: 1000 Elysian Park Avenue, Los Angeles, CA 90012.

Rules of Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "Local Rules"), the Bankruptcy Court will rule on the Motion to Shorten without a hearing.

Dated: April 12, 2013
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

/s/ Amanda Winfree Herrmann
William P. Bowden (I.D. #2553)
Amanda Winfree Herrmann (I.D. #4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
Email: wbowden@ashby-geddes.com
awinfree@ashby-geddes.com

-and-

**FOLEY & LARDNER LLP**
Michael J. Small
321 North Clark Street
Suite 2800
Chicago, IL 60654-5313
Telephone: (312) 832-5832
Facsimile: (312) 832-4700
Email: msmall@foley.com

*Counsel to the Reorganized Debtors*