# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 11-12010(KG) |
| LOS ANGELES DODGERS LLC, *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Related Docket No._____** |

**ORDER TO CEASE DISCOVERY RELATED**
**<u>TO CONFIDENTIAL MEDIATION MATERIALS</u>**

Upon consideration of the motion (the "Motion") of Los Angeles Dodgers LLC for enforcement of the Court's Order confirming the Plan of Reorganization (Dkt. No. 1632), and after due deliberation thereon, and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The August 29, 2011 presentation that was made to Judge Farnan is covered by the Court's Order Appointing Mediator (Dkt. No. 519). As such, it shall be maintained as confidential and shall not be used in any other arbitration or proceeding.

3. Jamie McCourt shall immediately withdraw her discovery requests issue in her divorce proceedings to the extent that they seek production of materials that are confidential pursuant to the Court's Order Appointing Mediator (Dkt. No. 519).

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number are: Los Angeles Dodgers LLC (3133); Los Angeles Dodgers Holding Company LLC (4851); LA Holdco LLC (2567); LA Real Estate Holding Company LLC (4850); and LA Real Estate LLC (3029). The location of the Debtors' corporate headquarters and the service address for the Debtors is: 1000 Elysian Park Avenue, Los Angeles, California, 90012.

4. Jamie McCourt is prohibited from seeking to discover or obtain any confidential mediation materials or information.

5. Frank McCourt is prohibited from disclosing confidential mediation materials or information.

6. The Court shall retain jurisdiction to enforce this Order and over all matters arising out of or relating to the Motion or this Order.

Dated: ______________________, 2013
Wilmington, Delaware

____________________________________
The Honorable Kevin Gross
Chief United States Bankruptcy Judge