# Exhibit D

COPY

BERTRAM FIELDS (SBN 024199)
BFields@ggfirm.com
CAROLINE S. HEINDEL (SBN 190967)
CHeindel@ggfirm.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Petitioner
Jamie McCourt

ORIGINAL FILED
DEC 10 2012
LOS ANGELES
SUPERIOR COURT

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| In re Marriage of<br>JAMIE McCOURT,<br>Petitioner,<br>v.<br>FRANK H. McCOURT, JR.<br>Respondent. | Case No. BD 514309<br>ORDER RE DISCOVERY<br>Assigned To: Hon. Scott M. Gordon - Dept. 2<br>Hearing Date: October 31, 2012<br>Time: 8:30 a.m.<br>Dept.: 2 |

FAXED

Petitioner's motion for leave to depose Respondent and Respondent's motion for a protective order precluding all discovery came on for hearing on October 31, 2012, in Department 2 of the above entitled Court, the Honorable Scott M. Gordon, Judge presiding.

The Court, having considered oral and written argument, and good cause having been shown, IT IS ORDERED as follows:

1. Both Petitioner's motion and Respondent's motion are granted in part and denied in part. Respondent's post-Judgment deposition may be taken, but shall be limited to one-half day and to the timing of disclosure and nature of the "RSN document,"



GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

identified as Exhibit 6 to the October 9, 2012 Declaration of Matthew Berry, and to the date and nature of information provided Respondent by either Blackstone Advisory Partners, L.P. ("Blackstone") or Guggenheim Partners, LLC ("Guggenheim") with respect to formal or informal offers, bids or purchase proposals for the Dodger Assets prior to January 19, 2012.

2. Except for the foregoing limitations on Respondent's deposition, Respondent's motion for a protective order precluding all discovery is denied, without prejudice to Respondent's objection (or that of non-parties) to particular discovery other than Respondent's deposition.

DATED: DEC 10 2012, 2012

SCOTT M. GORDON

SCOTT M. GORDON
Judge of the Superior Court

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

Approved as to form:

Dated: November 29, 2012

MARC M. SELTZER
MATTHEW R. BERRY
SUSMAN GODFREY L.L.P.

SORRELL TROPE
TROPE AND TROPE L.L.P.

ROBERT A. SACKS
ADAM S. PARIS
SULLIVAN & CROMWELL L.L.P.

By: *[signature]*
Matthew R. Berry
Attorneys for Respondent Frank McCourt

Dated: November 29, 2012

BERTRAM FIELDS
CAROLINE HEINDEL
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER L.L.P.

By: *[signature]*
Bertram Fields
Attorneys for Petitioner Jamie McCourt