# Exhibit E

BERTRAM FIELDS (SBN 024199)
BFields@ggfirm.com
CAROLINE S. HEINDEL (SBN 190967)
CHeindel@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Petitioner
Jamie McCourt

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| In re Marriage of<br>JAMIE McCOURT,<br>Petitioner,<br>v.<br>FRANK H. McCOURT, JR.<br>Respondent. | Case No. BD 514309<br>Assigned To: Hon. Scott M. Gordon - Dept. 2<br>THIRTEENTH REQUEST FOR PRODUCTION OF DOCUMENTS TO RESPONDENT FRANK MCCOURT<br>Action Filing Date: October 27, 2009 |

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

PROPOUNDING PARTY: PETITIONER JAMIE MCCOURT
RESPONDING PARTY: RESPONDENT FRANK MCCOURT
SET NO: THIRTEEN

Pursuant to Code of Civil Procedure Section 2031.010 *et seq*., Petitioner Jamie McCourt ("Jamie") hereby requests that Respondent Frank McCourt ("Frank") produce for inspection and copying the documents and items described below. Production shall take place (1) at the law offices of Greenberg Glusker Fields Claman & Machtinger LLP, 1900 Avenue of the Stars, Suite 2100, Los Angeles, California 90067 (the "Production Location"), and (2) within 30 days of service hereof, and shall continue thereafter until the completion of the inspection and copying of said documents.

Jamie further requests that at or before the time of production, Frank (1) respond to this request in a writing subscribed under oath: (a) identifying each and every category of document, paper, writing or other tangible thing specified below; (b) stating whether Frank has in his possession, custody or control any documents, papers, writings or other tangible things responsive to each category; (c)(i) stating that inspection and photocopying shall be permitted as required, or (ii) setting forth with specificity the grounds for any objections thereto, and (2) produce the documents and items described below. Jamie further requests that, within 30 days of service hereof, Frank provide a log of documents alleged to be privileged or otherwise protected from discovery, if any.

## DEFINITIONS

The following definitions and instructions are applicable to each request for production contained herein:

1. The term DOCUMENT shall encompass a "writing" as defined in Evidence Code Section 250 and "electronically stored information" as defined in Code of Civil Procedure Section 2016.020, and includes, without limitation, handwriting, typewriting, printing, photostats, photographs, tapes, films, recordings, electronically or digitally



GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

encoded, information stored in any electronic medium (i.e., any medium relating to technology having electrical, digital, magnetic, wireless, optical, electromagnetic, or similar capabilities) and every other means of recording upon any tangible thing and form of communication or representation, graphic or other information, including originals, identical copies, translations and drafts thereof and all copies bearing notations and marks not found on the original. The term DOCUMENT includes, without limitation, files stored on computer discs, computer hard drives, network servers, nodes (i.e., any devices connected to network servers), servers maintained by internet service providers or outside parties (e.g., Google Docs), and removable media (e.g., magnetic tapes, CD-ROMs, DVDs, floppy disks, diskettes, SD cards, USB or "thumb" drives, etc.) or any electronic storage devices, including, without limitation, electronic mail messages, Microsoft Word, Excel and Powerpoint files, PDF files, digital photographs and images, information stored in databases, electronically-stored voice mail messages, electronically-stored facsimiles, archives of conversations held via instant messaging programs (e.g., AOL Instant Messenger or "AIM," Yahoo Messenger, MSN Messenger, ICQ, Skype, etc.), electronically-stored images from security cameras, and information from GPS tracking devices, files stored on cellular telephones, pagers and other handheld devices (e.g., Palm Pilots, Blackberries, PocketPCs, Smartphones, iPhones, etc.) or any other electronically stored information; affidavits; analyses; appointment books; appraisals; articles from publications; cables; calendars; charts; checks (cancelled or uncancelled) ; check stubs; confirmations; contracts; correspondence; credit card receipts; desk calendars; desk pads; diaries; drafts; estimates; evaluations; filings; financial statements; forms; invoices; journals; ledgers; letters; words; sounds; symbols; lists; memoranda; minutes; notations; notes; opinions; orders; pamphlets; papers; personnel files; permanent files; temporary files; pictures; press releases; projections; prospectuses; publications; receipts; recordings of meetings and conversations; reports; statements; statistical records; studies; summaries; tabulations; telegrams; telephone records; telex messages; text messages; time sheets; transcripts; understandings; videotapes; vouchers; work papers and sheets; or things

similar to any of the foregoing, or any combination thereof, however denominated.

2. The term PERSON shall mean and refer to, in the plural as well as the singular, any natural person, firm, association, partnership, corporation or other form of legal entity unless the context indicates otherwise.

3. The terms COMMUNICATION and COMMUNICATIONS shall mean, include, and refer to every exchange of information of any nature, oral, written, electronic or otherwise, between PERSONS, and any evidence of such exchange, including but not limited to any correspondence, memoranda, electronic mail messages, notes or logs of meetings, diaries, daily calendars, or other records of exchanges between PERSONS.

4. The term RELATING TO as used herein shall include, without limitation, regarding, in connection with, evidencing, referring to, reflecting, pertaining to, identifying, substantiating, discussing, summarizing, describing, depicting, embodying, memorializing, containing, constituting, reporting, stating, mentioning, or otherwise relating to in any way, in whole or in part, the subject matter referenced in each request.

5. The terms ANY and ALL as used herein shall mean and refer to "any and all." The terms EACH and EVERY as used herein shall mean and refer to "each and every."

6. The terms YOU and YOUR shall mean and refer to Respondent Frank McCourt, any and all of his present and former representatives, partners, agents, employees, attorneys, accountants, investigators, and/or other PERSONS presently or formerly acting or purporting to act on his behalf or under his direction, including without limitation, Los Angeles Dodgers LLC, Los Angeles Dodgers Holding Company LLC, LA Holdco LLC, LA Real Estate Holding Company LLC, and LA Real Estate LLC.

7. The term BLACKSTONE shall mean and refer to Blackstone Advisory Partners L.P., its subsidiaries, affiliates, parents, predecessor or successor companies, any and all divisions thereof, and any and all present and former officers, directors, representatives, shareholders, partners, agents, employees, attorneys, accountants, investigators, and/or other PERSONS presently or formerly acting or purporting to act on

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

its behalf or under its direction, including without limitation, Peter Cohen.

8. The term GUGGENHEIM shall mean and refer to Guggenheim Baseball Management, L.P. and Guggenheim Baseball Management GP, LLC, their subsidiaries, affiliates, parents, predecessor or successor companies, any and all divisions thereof, and any and all present and former officers, directors, representatives, shareholders, partners, agents, employees, attorneys, accountants, investigators, and/or other PERSONS presently or formerly acting or purporting to act on their behalf or under their direction, including without limitation, Guggenheim Partners, LLC, Mark Walter, and Todd Boehly.

9. The term MLB shall mean and refer to Major League Baseball, and any and all present and former officers, directors, representatives, shareholders, partners, agents, employees, attorneys, accountants, investigators, and/or other PERSONS presently or formerly acting on its behalf or under its direction.

10. The term DODGERS ASSETS shall mean and refer to all assets owned or formerly owned by YOU, RELATING TO the Los Angeles Dodgers, including without limitation, the Los Angeles Dodgers baseball, Dodger Stadium and its parking lots, the Dodgers' television rights, and the 276 acres in the area of Dodger Stadium.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

## INSTRUCTIONS

1. YOU are to produce ALL requested DOCUMENTS which are in YOUR custody, control or possession, or subject to YOUR control, or within the custody, control or possession, or subject to the control, of YOUR attorneys, accountants, agents, investigators, other representatives, affiliates, employees and/or ANY other PERSONS acting on YOUR behalf or on whose behalf YOU are acting. A DOCUMENT is deemed to be in YOUR possession, custody or control if it is in YOUR physical custody. If a DOCUMENT is not in YOUR physical custody, a DOCUMENT is nonetheless deemed to be in YOUR possession, custody or control if YOU (1) own such DOCUMENT in whole or in part, (2) have a right by contract, statute or otherwise, to use, examine or copy such DOCUMENT on ANY terms, (3) have an understanding, express or implied, that YOU

may use, inspect, examine or copy such DOCUMENT on ANY terms, or (4) have, as a practical matter, been able to use, inspect, examine or copy such DOCUMENT when YOU have sought to do so. In the event that YOU cannot produce ALL of the DOCUMENTS designated in a particular request, YOU shall produce those DOCUMENTS which YOU can produce, and shall describe in detail each reason for YOUR failure or inability to produce each of the remaining DOCUMENTS.

2. Unless otherwise agreed in writing by Jamie, YOU shall produce the original of each DOCUMENT requested herein. Each non-identical version of ANY DOCUMENT shall constitute a separate DOCUMENT. Each draft or version of ANY DOCUMENT also shall constitute a separate DOCUMENT.

3. Whenever YOU object to a particular request or portion thereof, YOU must produce ALL DOCUMENTS called for that are not subject to that objection. Similarly, whenever a DOCUMENT is not produced in full, please state with particularity the reason or reasons it is not being produced in full, and describe, to the best of YOUR knowledge, information and belief and with as much particularity as possible, those portions of the DOCUMENT that are not produced. If you object to a particular request or portion thereof, YOU must also (a) identify with particularity any DOCUMENT falling within any category or item in the request to which an objection is made, and (b) set forth clearly the extent of, and the specific ground for, the objection.

4. In the event that YOU do not produce ANY DOCUMENT because of a claim of confidentiality, privilege, or ANY other protection from production including, but not limited to, attorney work product or attorney-client privilege, YOU shall state the following information regarding the DOCUMENT in sufficient detail and with sufficient particularity to enable a court to adjudicate the validity of said claim:

a. Which privilege/protection is claimed;

b. A statement of the facts upon which the privilege/protection is based;

c. Whether ANY non-privileged or non-protected matter is included in the DOCUMENT;

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

d. The following information as to each purportedly privileged/protected DOCUMENT, to the extent known:

(i) Its nature (e.g., letter, memorandum, photograph, tape, etc.);

(ii) The date it was prepared;

(iii) The date it bears;

(iv) The date it was sent;

(v) The date it was received;

(vi) The identity of the PERSON or PERSONS sending it;

(vii) The identity of each PERSON to whom it was sent, directed or furnished together with their job title at the time they obtained the DOCUMENT;

(viii) The identity of the PERSON or PERSONS who prepared it, who signed it and over whose name it was sent or issued;

(ix) A statement as to whom each PERSON represented or purported to represent;

(x) A statement of the subject matter of the DOCUMENT;

(xi) A precise description of the place where said DOCUMENT is kept, including:

(a) The title or description of the file in which said DOCUMENT may be found; and

(b) The exact location of such file;

(xii) The number of pages in the DOCUMENT;

(xiii) The identity of each PERSON who has custody or control over the DOCUMENT and each copy thereof.

5. A representation of inability to comply with a particular request for inspection, copying, testing or sampling shall affirm that a diligent search and a reasonable inquiry has been made in an effort to comply with that request. This statement shall also specify whether the inability to comply is because the particular item or

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

category has never existed, has been destroyed, lost, misplaced, or stolen, or has never been, or is no longer, in YOUR possession, custody or control.

6. DOCUMENTS shall be produced in the same order as they are kept in the usual course of business, and shall not be shuffled or otherwise rearranged. DOCUMENTS that were, in their original condition, stapled, clipped, or otherwise fastened together shall be produced in such form. Whenever it is reasonably practicable, please produce DOCUMENTS in such a manner as will facilitate their identification with the particular request or category of requests to which they are responsive.

7. The requests for production herein shall be deemed to seek responses as of the date they are served and are also continuing, imposing upon YOU the obligations stated in the California Code of Civil Procedure. ANY additional responsive DOCUMENTS which become known to YOU, up to and including the trial of this matter, shall be furnished within a reasonable time after such DOCUMENT or information becomes known to YOU.

8. YOU are to produce electronically stored information ("ESI") in the following form(s): (a) bates-numbered, single-paged, electronically searchable TIFF images, with parent-child relationships of DOCUMENTS kept intact (e.g., an e-mail message must remain connected with its attachments), with no "de-duping" across the data set, with an Ipro load file (or an ASCII delimited text file with all images and data cross-referenced) containing the document breaks, a csv or dat file containing the beginning and ending document breaks, with no "locked" data and all associated embedded data and metadata intact, including without limitation, BEG_BATES, END_BATES, BEG_ATTACH_BATES, END_ATTACH_BATES, DOC_DATE, DOC_TITLE, DOC_CHAR, AUTHOR, RECIPIENT, CC, BCC, OCR TEXT, DATETIME, TOTAL_PAGES, NATIVE FILE NAME, AUTHORC, APPNAME, VERSION, ATTACH_CNT, ATTACH_LST, CDATE, CDATE_ONLY, CTIME_ONLY, E_CDATE, E_CDATEONLY, E_CTIMEONLY, CREATIONDA, CREATOR, D_CREATED, DTCDATEONL, DTCTIMEONL, DT_LASTSAVE,

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

DISCOVERY_P, ENTRY_ID, FILESIZE, IMAGELENGTH, IMAGEWIDTH, LAST_ACCESS, DO_LASTACCE, TO_LASTACCE, LASTMODI, LMDATEONLY, LMTIMEONLY, LOCATION, MD5HASH, E_MD5HASH, SHA, MESG_HDR, MESG_ID, NAME, OWNER, PR_CONVERSA, PR_CREATION, PR_INTERNET, PR_LASTMODI, PR_MESSAGES, PR_SENDEREM, PR_SENDERNA, PR_TRANSPOR, PRIMARYAUT, PRODUCER, PUBLISHER, E_RDATE, E_RDATEONLY, E_RTIMEONLY, E_SUBJECT, RECIPIENTS, REVISION_DA, SENT_DT, SENTDTONLY and SENTTMONLY; (b) for electronically stored spreadsheets (e.g., Microsoft Excel files) and/or any other DOCUMENTS with "embedded data" used to generate information either within that DOCUMENT or in ANY other DOCUMENT (e.g., the formulas used, if any, to generate the information in certain cells in a spreadsheet or to see the relationship between certain cells), please produce them in accordance with subsection (a), except that the they should be produced not as TIFF images, but in their native format or, if they are of a file type that is proprietary and not readily accessible, in a format that is widely used (e.g., Microsoft Excel file) and which maintains the integrity of both the information in, and usability of, the DOCUMENT; (c) for electronically stored audio and/or video files, please produce them in accordance with subsection (a), except that they should be produced not as TIFF images, but in their native format or, if they are a file type that is proprietary and not readily accessible, in a format that is widely used (e.g., MPEG, WAV, etc.); and (d) for electronically stored information in databases, please produce such information in accordance with subsection (a), except that the data should be isolated and copied into a new database file to the extent it is possible to do so and to do so without altering the associated metadata or embedded data and to the extent the information can be useable without access to the rest of the database (if that is not the case, then the responding party should meet and confer with the propounding party to address the production of data from databases). Irvington Palms hereby reserves the right to request that some or all of the requested DOCUMENTS be produced in native format if certain information can only be ascertained with the native

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

file (e.g., to properly access and use "embedded data").

9. ANY word used in the singular form shall embrace and be read and applied so as to also include the plural form. ANY word used in the plural form shall embrace and be read and applied so as to also include the singular form.

10. The words "and" and "or" shall be construed conjunctively or disjunctively, whichever makes the request more inclusive.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**

ANY and ALL written agreements between YOU and BLACKSTONE.

**REQUEST FOR PRODUCTION NO. 2:**

ANY and ALL DOCUMENTS evidencing oral agreements between YOU and BLACKSTONE.

**REQUEST FOR PRODUCTION NO. 3:**

ANY and ALL written agreements between YOU and GUGGENHEIM.

**REQUEST FOR PRODUCTION NO. 4:**

ANY and ALL DOCUMENTS evidencing oral agreements between YOU and GUGGENHEIM.

**REQUEST FOR PRODUCTION NO. 5:**

ANY and ALL DOCUMENTS constituting written COMMUNICATIONS or evidencing oral COMMUNICATIONS between YOU and BLACKSTONE between July 1, 2011 and the present, RELATING TO the sale or prospective sale of any or all of the DODGERS ASSETS, including without limitation, valuation of any or all of the DODGERS ASSETS.

**REQUEST FOR PRODUCTION NO. 6:**

ANY and ALL DOCUMENTS constituting written COMMUNICATIONS or evidencing oral COMMUNICATIONS between YOU and GUGGENHEIM between July 1, 2011 and the present, RELATING TO the sale or prospective sale of any or all of the

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

DODGERS ASSETS, including without limitation, valuation of any or all of the DODGERS ASSETS.

**REQUEST FOR PRODUCTION NO. 7:**

ANY and ALL DOCUMENTS constituting written COMMUNICATIONS or evidencing oral COMMUNICATIONS between YOU and MLB between July 1, 2011 and the present, RELATING TO the sale or prospective sale of any or all of the DODGERS ASSETS, including without limitation, valuation of any or all of the DODGERS ASSETS.

**REQUEST FOR PRODUCTION NO. 8:**

ANY and ALL DOCUMENTS filed by YOU or on YOUR behalf in *In re Los Angeles Dodgers, LLC, et al.*, Case No. 11-12010 (KG) in the United States Bankruptcy Court for the District of Delaware, RELATING TO valuation of any or all of the DODGERS ASSETS.

**REQUEST FOR PRODUCTION NO. 9:**

ANY and ALL COMMUNICATIONS between YOU and any PERSON between July 1, 2011 and March 31, 2012, RELATING TO BLACKSTONE, GUGGENHEIM and/or the sale or prospective sale of any or all of the DODGERS ASSETS.

**REQUEST FOR PRODUCTION NO. 10:**

ANY and ALL DOCUMENTS, RELATING TO the valuation of any or all of the DODGERS ASSETS between October 1, 2009 and March 31, 2012.

**REQUEST FOR PRODUCTION NO. 11:**

ALL DOCUMENTS, including without limitation, phone bills and phone logs,

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

evidencing telephone calls to or from Respondent Frank McCourt for the period between July 1, 2011 and March 31, 2012.

DATED: September 25, 2012

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By: [signature]
BERTRAM FIELDS
Attorneys for Petitioner Jamie McCourt

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

## PROOF OF SERVICE

I, the undersigned, declare: I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is First Legal Support Services, Inc.; 1900 Avenue of the Stars; Suite 2100; Los Angeles CA 90067.

On **September 25, 2012**, I served true copies of the following documents described as:

THIRTEENTH REQUEST FOR PRODUCTION OF DOCUMENTS TO RESPONDENT FRANK McCOURT

on the interested parties in this action as follows:

☒ by personally delivering the documents listed above to the persons at the address set forth below.

Marc M. Seltzer, Esq.
Victoria L. Cook, Esq.
Ryan C. Kirkpatrick, Esq.
Susman Godfrey L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
mseltzer@susmangodfrey.com
vcook@susmangodfrey.com
rkirkpatrick@susmangodfrey.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **September 25, 2012**, at Los Angeles, California.

______________________________
Greenberg Glusker Office Services

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

## PROOF OF SERVICE

I, the undersigned, declare: I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is First Legal Support Services, Inc.; 1511 W. Beverly Blvd., Los Angeles CA 90026.

On **September 25, 2012**, I served true copies of the following documents described as:

THIRTEENTH REQUEST FOR PRODUCTION OF DOCUMENTS TO RESPONDENT FRANK McCOURT

on the interested parties in this action as follows:

☒ by personally delivering the documents listed above to the persons at the address set forth below.

Sorrell Trope, Esq.
Anne Kiley, Esq.
Trope and Trope
12121 Wilshire Boulevard, Suite 801
Los Angeles, CA 90025-1164
strope@tropeandtrope.com
kiley@tropeandtrope.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **September 25, 2012**, at Los Angeles, California.

First Legal Support Services, Inc.