# Exhibit G

**AFFIDAVIT OF THE HON. JOSEPH J. FARNAN, JR.**

STATE OF DELAWARE )
) ss.:
COUNTY OF NEW CASTLE )

THE HON. JOSEPH J. FARNAN, JR., being duly sworn, attests as follows:

1. I am a retired United States District Court Judge for the District of Delaware (1985 through 2010). At the request and by Order of United States Bankruptcy Judge Kevin Gross, beginning in July 2011, I served as a mediator in an effort to resolve disputes involved in the Chapter 11 case captioned *In re Los Angeles Dodgers LLC, et al.*, Case No. 11-12010 (KG) (Jointly Administered). I have personal knowledge of the matters stated herein.

2. My sole purpose in providing this Affidavit is to confirm that certain documents, which I have been told are the subject of a discovery request in the Los Angeles Superior Court action captioned *In re Marriage of McCourt*, Case No. BD 514309, were prepared at my request for the mediation over which I presided. In connection with preparing this Affidavit I reviewed a privilege log that I understand is being served by Frank H. McCourt, Jr. ("Frank") in response to that discovery request. I am personally familiar with the documents referenced as attachments on entries 11 and 12 of the privilege log entitled "Confidential Mediation Materials," dated August 29, 2011. These materials were prepared at my request, were submitted to me and discussed with me by counsel for the Dodgers and the Dodgers' financial advisor, Blackstone, for my use in trying to resolve the Dodgers' then-pending dispute with Major League Baseball and are confidential pursuant to Judge Gross' Mediation Order.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 14 day of March, 2013, at Wilmington, Delaware.

The Hon. Joseph J. Farnan, Jr.

Sworn to before me this
14 day of March 2013

Notary Public

ALEX CASEY MEAD
MY COMMISSION EXPIRES FEB. 21, 2015
NOTARY PUBLIC
STATE OF DELAWARE