# Exhibit I

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

NO FILE

| | | | | | |
|---|---|---|---|---|---|
| Date | 04-05-13 | | | Dept: | Dept. CE 2 [CE2] |
| Honorable | SCOTT M. GORDON | Judge | M. ARNOLD | | Deputy Clerk |
| Honorable | | Judge Pro Tem | D. CANADA | | Court Assistant |
| 52 | B. BUKA | Deputy Sheriff | NOT REPORTED | | Reporter |

| | | |
|---|---|---|
| 8:30 am | BD514309<br>Jamie Mc Court (N/A)<br>VS.<br>Frank Mc Court (N/A) | Counsel For Petitioner:<br><br>Counsel For Respondent:<br>NO APPEARANCES |

**Nature of Proceedings: NOTICE TO COUNSEL OF COURT'S SIGNING OF ORDER RE JANUARY 23, 2013**

The Court is in receipt of two proposed Orders with regard to the hearing held on January 23, 2013 in Department 2.

Upon review of the proposed orders and the transcript of proceedings held on January 23, 2013 and the correspondence of each counsel, the Court adopts the proposed Order lodged by counsel for Petitioner and filed on this date.

**CLERK'S CERTIFICATE OF MAILING/**
**NOTICE OF ENTRY OF ORDER**

I, John A. Clarke, Executive Officer/Clerk of the Superior Court, do hereby certify that I am not a party to the cause herein, and that on this date I served this Minute Order and a copy of the Order filed on this date, upon each party or counsel named below by depositing in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered document in a separate sealed envelope to each address shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Date: April 5, 2013 John A. Clarke, Executive Officer/Clerk

By: ______________________

M. Arnold, Deputy Clerk



DEPT: Dept. CE 2 [CE2]

MINUTES ENTERED
04-05-13
COUNTY CLERK

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

NO FILE

| | | | | |
|---|---|---|---|---|
| Date | 04-05-13 | | | Dept: Dept. CE 2 [CE2] |
| Honorable | SCOTT M. GORDON | Judge | M. ARNOLD | Deputy Clerk |
| Honorable | | Judge Pro Tem | D. CANADA | Court Assistant |
| 52 | B. BUKA | Deputy Sheriff | NOT REPORTED | Reporter |

| | | |
|---|---|---|
| 8:30 am | BD514309 | |
| | Jamie Mc Court (N/A) | Counsel For Petitioner: |
| | VS. | |
| | Frank Mc Court (N/A) | Counsel For Respondent: |
| | | NO APPEARANCES |

Anne Kiley, Esq.
Trope and Trope
12121 Wilshire Blvd., Suite 801
Los Angeles, CA 90025

Bertram Fields, Esq.
Greenberg Glusker Fields Claman & Machtinger, LLP
1900 Avenue of the Stars, Suite 2100
Los Angeles, CA 90067



DEPT: Dept. CE 2 [CE2]

MINUTES ENTERED
04-05-13
COUNTY CLERK

BERTRAM FIELDS (SBN 024199)
BFields@ggfirm.com
CAROLINE S. HEINDEL (SBN 190967)
CHeindel@ggfirm.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Petitioner
Jamie McCourt

**FILED**
Superior Court of California
County of Los Angeles

APR 05 2013

John A. Clarke, Executive Officer/Clerk
By: ________, Deputy
Mary Arnold

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| In re Marriage of<br>JAMIE McCOURT,<br>Petitioner,<br>v.<br>FRANK H. McCOURT, JR.<br>Respondent. | Case No. BD 514309<br>[Assigned To: Hon. Scott M. Gordon – Dept. 2]<br>[redacted]ORDER<br>Date: January 23, 2013<br>Time: 8:30 a.m.<br>Dept.: 2<br>Action Filing Date: October 27, 2009 |

Petitioner's motion for clarification or modification of the Court's order re discovery, her motion to compel respondent to respond to deposition questions and her motion re respondent's production of documents came on for hearing on January 23, 2013 in Department 2 of the above-entitled Court, the Honorable Scott M. Gordon, Judge presiding. The Court having heard oral and written argument,

IT IS ORDERED as follows:

1. Petitioner's motion for clarification or modification of the Court's Discovery Order is denied, except that the order pertains to discovery only and not to testimony to be presented at the evidentiary hearing.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590



[redacted]

2. Pursuant to the Court's rulings and discussions by counsel, petitioner's motion to compel respondent to respond to deposition questions is moot.

3. With respect to petitioner's motion re document production, respondent is ordered to produce all responsive documents to which he is not asserting the attorney-client or work product privilege and to produce a privilege log with respect to those documents withheld from production on the basis of those privileges.

APR 05 2013

DATED: [redacted]

SCOTT M. GORDON
Judge of the Superior Court

SCOTT M. GORDON

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590



[redacted]